UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-07-0266 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VANG PAO, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  VANG PAO , Case No.  CR S-07-0266 ,

Charge  18 USC §§ 371; 956; 2332 , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 1,500,000.00 Vaccarro Bond secured by 4 properties with a 200,000 unsecured bond from son & his wife.

    _X_ Unsecured Appearance Bond Vaccarro Bond co-signed by sureties to be replaced by secured bond within ten days

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)  Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2007  at  2:10  pm .

By _____
Dale A. Drozd
United States Magistrate Judge