JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
General Vang Pau

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0266-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| | ) | |
| GENERAL VANG PAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(c)(2), defendant General Vang Pao, in the above matter, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court except for trial, entry of plea, or sentencing.

Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3164-3174 (Speedy Trial Act), and authorizes his attorney to set time and delays under

///

///

that Act without defendant being present.

Dated: July 12, 2007

/s/ General Vang Pao
(original signature retained by attorney)
General Vang Pao
Defendant

/s/ Ale Elong Ly
(original signature retained by attorney)
interpreter Ale Elong Ly

Dated: July18, 2007

/s/ John Keker
JOHN KEKER, Keker & Van Nest, LLP

Attorney for Defendant
General Vang Pao

Dated: July 18, 2007

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
General Vang Pao

IT IS SO ORDERED.

Dated: July 20, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE