JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-266-FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| HARRISON JACK, et. al., ) | Date: October 24, 2007<br>Time: 10:00 a.m.<br>Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| _____ ) | |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from July 25, 2007, to **October 24, 2007, at 10:00 a.m.** in Courtroom 16.

The defendants in this case are charged are charged with conspiracy to violate the Neutrality Act (18 U.S.C. § 960), conspiracy to kill, kidnap, maim, and injure people in a foreign country (18 U.S.C. § 1956(a)), conspiracy to receive and possess missile systems designed to destroy aircraft (18 U.S.C. § 2332(g)), conspiracy to receive and possess firearms and destructive devices (18 U.S.C. § 922(o)), and conspiracy to export listed defense items without a State Department license (22 U.S.C. § 2278).

To date, defense counsel have received approximately 35,000 pages of discovery

and more than 40 audio files of taped meetings and phone calls. Some of the audio files contain conversations in a foreign language believed to be Hmong. Additional discovery is expected, including videos and more audio files. All of the defendants are now out of custody.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground through July 25, 2007. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 25, 2007 through October 24, 2007, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: July 23, 2007        KEKER & VAN NEST, LLP

By: /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
Attorneys for Defendant
GENERAL VANG PAO

Dated: July 23, 2007

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

///

///

| | | |
|---|---|---|
| Dated: July 23, 2007 | | BLACKMON & ASSOCIATES |

/s/ Clyde Blackmon
CLYDE BLACKMON
Attorneys for Defendant
HARRISON JACK

Dated: July 23, 2007

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: July 23, 2007

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: July 23, 2007          MORRISON & FOERSTER

/s/ James J. Brosnahan
JAMES J. BROSNAHAN
Attorneys for Defendant
YOUA TRUE VANG

Dated: July 23, 2007

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

Dated: July 23, 2007

/s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: July 23, 2007

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

///

////

Dated: July 23, 2007

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: July 23, 2007

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: July 23, 2007

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: July 23, 2007

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: July 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE