JAMES J. BROSNAHAN (CA SBN 34555)
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

GEORGE C. HARRIS (CA SBN 111074)
MELISSA A. JONES (CA SBN 205576)
MORRISON & FOERSTER LLP
400 Capitol Mall, Ste. 2600
Sacramento, California 95814
Telephone: 916.448.3200

Attorneys for Defendant
YOUA TRUE VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao, LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang,<br><br>Defendants. | Case No. 2:07-CR-0266 FCD<br><br>**STIPULATION AND ORDER** |

1    Defendant Youa True Vang, by and through his counsel James J. Brosnahan, and the
2 United States of America, through its counsel Assistant U.S. Attorney Robert M. Twiss, hereby
3 stipulate that the conditions of Mr. Vang's pretrial release may be modified as follows:
4    1.    Mr. Vang's family may possess and use computers at Mr. Vang's residence,
5 however, Mr. Vang shall not personally access any computer in his residence or at any other
6 location, his family's computers shall be password protected, and Mr. Vang may not access any
7 computer indirectly through anyone during the pendency of this case.
8    2.    Mr. Vang is released to third-party custody of his sons Rocky Vang and Fue Vang.
9 Seng Vang, who is relocating to Minnesota, will no longer serve as a third-party custodian.
10   3.    A pastor from, or affiliated with, Mr. Vang's church (Fresno Hmong Alliance
11 Church, 8234 E. Belmont Avenue, Fresno, CA 93727) may visit Mr. Vang at his residence once a
12 week for up to two hours per week.
13   4.    The owners of the property located at 2758 Rall Ave., Clovis, CA 93611, which is
14 one of the properties used to secure Mr. Vang's bond, may re-finance their mortgage(s) on the
15 property to obtain a more favorable interest rate, provided that they do not remove any equity
16 from the property in the process.

IT IS SO STIPULATED.

Dated: October 1, 2007         By:     /s/James J. Brosnahan
                                       James J. Brosnahan
                                       Attorney for Defendant
                                       YOUA TRUE VANG


Dated: October 1, 2007         By:     /s/Robert M. Twiss
                                       Robert M. Twiss
                                       Assistant U.S. Attorney

1 **<u>ORDER</u>**

2  GOOD CAUSE APPEARING, the conditions of Youa True Vang's pretrial release are

3 hereby modified as set forth in the attached Stipulation of Counsel.

4

5 IT IS SO ORDERED.

6 DATED: October 2, 2007.

7 _____

8  DALE A. DROZD
 UNITED STATES MAGISTRATE JUDGE

9

10

11 Ddad1/orders.criminal/vang0266.stipord