JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0266-FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | Date: December 12, 2007 |
| HARRISON JACK, et. al., ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| _____ ) | |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from October 24, 2007, to **December 12, 2007, at 10:00 a.m.**

The defendants in this case are charged are charged with conspiracy to violate the Neutrality Act (18 U.S.C. § 960), conspiracy to kill, kidnap, maim, and injure people in a foreign country (18 U.S.C. § 1956(a)), conspiracy to receive and possess missile systems designed to destroy aircraft (18 U.S.C. § 2332(g)), conspiracy to receive and possess firearms and destructive devices (18 U.S.C. § 922(o)), and conspiracy to export listed defense items without a State Department license (22 U.S.C. § 2278).

To date, defense counsel have received approximately 35,000 pages of discovery,

more than 250 audio files of recorded meetings and phone calls, transcripts of many of the recorded phone calls, and video recordings of meetings. Some of the audio files contain conversations in a foreign language believed to be Hmong. Additional discovery is expected, including an additional video recording, numerous transcripts, and wiretap applications and orders. All of the defendants are out of custody.

This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act through October 24, 2007. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 24, 2007 through December 12, 2007, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: October 4, 2007            KEKER & VAN NEST, LLP

                                  By:   /s/ John W. Keker
                                        JOHN W. KEKER
                                        DAVID J. SILBERT
                                        Attorneys for Defendant
                                        GENERAL VANG PAO

Dated: October 4, 2007
                                        /s/ John Balazs
                                        JOHN BALAZS
                                        Attorneys for Defendant
                                        GENERAL VANG PAO

///
///

| | | |
|---|---|---|
| Dated: October 4, 2007 | | BLACKMON & ASSOCIATES |

/s/ Clyde Blackmon
CLYDE BLACKMON
Attorneys for Defendant
HARRISON JACK

Dated: October 4, 2007

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: October 4, 2007

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: October 4, 2007          MORRISON & FOERSTER

/s/ James J. Brosnahan
JAMES J. BROSNAHAN
Attorneys for Defendant
YOUA TRUE VANG

Dated: October 4, 2007

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

Dated: October 4, 2007

/s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: October 4, 2007

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

///
////

| | |
|---|---|
| Dated: October 4, 2007 | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for Defendant<br>CHUE LO |
| Dated: October 4, 2007 | /s/ Danny D. Brace, Jr.<br>DANNY D. BRACE, JR.<br>Attorney for Defendant<br>NHIA KAO VANG |
| Dated: October 4, 2007 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for Defendant<br>DANG VANG |
| Dated: October 4, 2007 | McGREGOR W. SCOTT<br>U.S. Attorney<br><br>By: /s/ Robert M. Twiss<br>ROBERT M. TWISS<br>ELLEN ENDRIZZI<br>Assistant U.S. Attorneys |

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: October 9, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE