KEKER & VAN NEST, LLP
JOHN W. KEKER, Bar #49092
DAVID J. SILBERT, Bar #173128
710 Sansome Street
San Francisco, CA 94111-1704
Telephone (415) 391-5400
jkeker@kvn.com
dsilbert@kvn.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-07-0266-FCD |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., ) | |
| Defendants. ) | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the conditions of pretrial release for General Vang Pao be amended so that special condition numbers 3, 11, and 13 in the court's July 12, 2007 order be modified to read as follows:

3.     You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer.  You may leave your residence between the hours of 9:00 a.m. and 9:00 p.m. with the advance approval of the pretrial services officer.  The parties also agree that

General Vang Pao be allowed to travel to and participate in the Hmong New Year's celebrations in St. Paul, Minnesota from November 21-26, 2007, and in Fresno, California from December 23-30, 2007.

11.     You shall restrict your use of the landline telephone to medical care, conversing with counsel, and speaking with immediate family members and other persons who have been approved by pretrial services.

13.     The defendant is to provide the Pretrial Services agency with a list of family members and other persons with the phone numbers associated with each person on the list. Pretrial Services can restrict the number of family members and other persons the defendant can have at his residence or speak by phone with at their discretion.

The parties have conferred with the pretrial services officer Sandy Hall, who agrees with these proposed modifications. These modifications would permit the defendant to leave his residence during the specified hours at the discretion of and with the approval of the pretrial services officer, instead of being allowed to leave the residence only for specified reasons as set forth in the original release order. It will also permit the defendant to travel overnight to attend and participate in the Hmong New Year's celebrations in St. Paul, Minnesota and Fresno, California during the dates specified. Finally, it will permit the defendant to associate and speak by phone with persons who are not family members at the discretion of and with the approval of the pretrial services officer, instead of being restricted to associate and speak by phone with only family members. This does not affect special condition 9 that continues to bar the defendant from associating with or having any contact with any co-defendant outside the presence of counsel.

///
///
///
///
///
///

These modifications shall remain in effect for 60 days from the date the order is entered on the docket and shall be re-evaluated at that time to determine if it should be continued and modified.

Respectfully submitted,

Dated: November 15, 2007                    KEKER & VAN NEST, LLP

By:    /s/ John W. Keker
       JOHN W. KEKER
       DAVID J. SILBERT
       Attorneys for Defendant

       GENERAL VANG PAO

Dated: November 15, 2007
       /s/ John Balazs
       JOHN BALAZS
       Attorneys for Defendant
       GENERAL VANG PAO

       McGREGOR W. SCOTT
       U.S. Attorney

Dated: November 15, 2007

By:    /s/ Robert M. Twiss
       ROBERT M. TWISS
       ELLEN ENDRIZZI
       Assistant U.S. Attorneys

## ORDER

**IT IS SO ORDERED.**

DATED: November 15, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord

3