1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0266-FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | Date: February 20, 2008 |
| HARRISON JACK, et. al., ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| _____ ) | |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from December 12, 2007, to **February 20, 2008, at 10:00 a.m.**

The defendants in this case are charged are charged with conspiracy to violate the Neutrality Act (18 U.S.C. § 960), conspiracy to kill, kidnap, maim, and injure people in a foreign country (18 U.S.C. § 1956(a)), conspiracy to receive and possess missile systems designed to destroy aircraft (18 U.S.C. § 2332(g)), conspiracy to receive and possess firearms and destructive devices (18 U.S.C. § 922(o)), and conspiracy to export listed defense items without a State Department license (22 U.S.C. § 2278).

To date, defense counsel have received more than 36,000 pages of discovery, over

250 audio files of recorded meetings and phone calls, transcripts of many of the recorded phone calls, and over 20 DVDs with video recordings. Some of the audio and video files contain conversations in a foreign language believed to be Hmong. Discovery is still ongoing and additional discovery is expected. All of the defendants are out of custody.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground through December 12, 2007. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 12, 2007 through February 20, 2008, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: December 3, 2007        KEKER & VAN NEST, LLP

By:  /s/ John W. Keker
     JOHN W. KEKER
     DAVID J. SILBERT
     Attorneys for Defendant
     GENERAL VANG PAO

Dated: December 3, 2007

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

///

///

| | | |
|---|---|---|
| Dated: December 3, 2007 | | FEDERAL DEFENDER |

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Attorney for Defendant
HARRISON JACK

Dated: December 3, 2007

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: December 3, 2007

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: December 3, 2007     MORRISON & FOERSTER

/s/ James J. Brosnahan
JAMES J. BROSNAHAN
Attorneys for Defendant
YOUA TRUE VANG

Dated: December 3, 2007

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

Dated: December 3, 2007

/s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: December 3, 2007

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

///

////

Dated: December 3, 2007

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: December 3, 2007

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: December 3, 2007

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: December 3, 2007

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

## ORDER

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

**IT IS SO ORDERED.**

Dated: December 4, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4