KEKER & VAN NEST, LLP
JOHN W. KEKER, Bar #49092
DAVID J. SILBERT, Bar #173128
710 Sansome Street
San Francisco, CA 94111-1704
Telephone (415) 391-5400
jkeker@kvn.com
dsilbert@kvn.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07cr0266-FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., | |
| Defendants. | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the conditions of pretrial release for General Vang Pao be amended as follows:

General Vang Pao is allowed to travel to Merced, California on December 18, 2007, in order to participate in the Hmong New Year's celebration in Merced from December 19-21, 2007.

General Vang Pao is also allowed to travel to and participate in the Bacee (Spiritual Blessing) Ceremony in Sacramento, California on December 22-23, 2007.

1    The Court has previously permitted General Vang Pao to travel to and participate in
2    the Fresno Hmong New Year's Celebration from December 23-30, 2007. This and all
3    other conditions of pretrial release are to remain the same.
4    The parties have conferred with the pretrial services officer Sandy Hall, who
5    concurs with these proposed modifications.

Respectfully submitted,

Dated: December 11, 2007          KEKER & VAN NEST, LLP

                           By:    /s/ John W. Keker
                                  JOHN W. KEKER
                                  DAVID J. SILBERT
                                  Attorneys for Defendant
                                  GENERAL VANG PAO

Dated: December 11, 2007
                                  /s/ John Balazs
                                  JOHN BALAZS
                                  Attorneys for Defendant
                                  GENERAL VANG PAO


                                  McGREGOR W. SCOTT
                                  U.S. Attorney
Dated: December 11, 2007

                           By:    /s/ Robert M. Twiss
                                  ROBERT M. TWISS
                                  ELLEN ENDRIZZI
                                  Assistant U.S. Attorneys

**ORDER**

IT IS SO ORDERED.

DATED: December 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord(3)

2