KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DAVID J. SILBERT - #173128
GALIA A. PHILLIPS - #250551
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jkeker@kvn.com
dsilbert@kvn.com
gphillips@kvn.com

JOHN BALAZS - #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-0266 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao; LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang, | Hon. Dale A. Drozd |
| Defendants. | |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the conditions of pretrial release for General Vang Pao be amended so that special condition numbers 3, 11, and 13 in the court's July 12, 2007 order be modified as follows:

3. You are to reside at a location approved by the pretrial services officer. Between the hours of 10:00pm and 7:00am you will be subject to a curfew and may not leave or be absent from that residence without the advance approval of the pretrial services officer. At all times you will continue to be subject to electronic monitoring. The parties also agree that General Vang Pao be allowed to travel to and participate in the following celebrations:

    **A.** Lao Veteran's Day celebration in mid May. Location and actual dates to be determined and approved by pretrial services officer.

    **B.** Memorial Day celebration in Fresno, CA from May 23, 2008 to May 27, 2008.

    **C.** July 4th celebration in St Paul, MN from June 26, 2008 to July 7, 2008.

    **D.** Summer Festival in Appleton, WI from August 28, 2008 to September 2, 2008.

    **E.** Family member's and friend's weddings, funeral, and religious ceremonies with prior approval of the pre-trial services officer.

11. This condition is stricken.

13. Pretrial Services can restrict the number of family members defendant can have at his residence at their discretion.

The parties have conferred with pretrial services officers Sandy Hall and Andre Gulart, who agree with these proposed modifications. These modifications would permit the defendant to leave his residence during the daytime without having to seek prior approval from the pretrial services officer. It will also permit the defendant to travel overnight to attend and participate in a number of festivals during the dates specified. Finally, it will permit the defendant to speak by landline phone with persons who are not on a pre-approved list. This does not affect special condition 9 that continues to bar the defendant from associating with or having any contact with any co-defendant outside the presence of counsel.

These modifications shall remain in effect for 90 days from the date the order is entered on the docket and shall be re-evaluated at that time to determine if it should be continued and modified.

Respectfully submitted,

Dated: January 14, 2008                     KEKER & VAN NEST, LLP

By:   /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS
Attorneys for Defendant
GENERAL VANG PAO

Dated: January 14, 2008                     KEKER & VAN NEST, LLP

By:   /s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

Dated: January 14, 2008                     McGREGOR W. SCOTT

By:   /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

**ORDER**

**IT IS SO ORDERED.**

Dated: January 14, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pao0266.stipord

2
STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE
Case No. 2:07-CR-0266 FCD

409127.01