1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  GENERAL VANG PAO

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266-FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | Date: April 23, 2008 |
| HARRISON JACK, et. al., ) | Time: 2:00 p.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| _____ ) | |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from February 20, 2008, to **April 23, 2008, at 2:00 p.m.**

The defendants in this case are charged are charged with conspiracy to violate the Neutrality Act (18 U.S.C. § 960), conspiracy to kill, kidnap, maim, and injure people in a foreign country (18 U.S.C. § 1956(a)), conspiracy to receive and possess missile systems designed to destroy aircraft (18 U.S.C. § 2332(g)), conspiracy to receive and possess firearms and destructive devices (18 U.S.C. § 922(o)), and conspiracy to export listed defense items without a State Department license (22 U.S.C. § 2278).

To date, defense counsel have received more than 36,000 pages of discovery, over

250 audio files of recorded meetings and phone calls, transcripts of many of the recorded phone calls, and over 20 DVDs with video recordings. Some of the audio and video files contain conversations in a foreign language believed to be Hmong. Although the brunt of discovery has been provided, some additional discovery is expected. All of the defendants are out of custody.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground through February 20, 2008. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from February 20, 2008 through April 23, 2008, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: February 13, 2008  KEKER & VAN NEST, LLP

/s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS
Attorneys for Defendant
GENERAL VANG PAO

Dated: February 13, 2008

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

///

///

| | |
|---|---|
| Dated: February 13, 2008 | FEDERAL DEFENDER |
| | /s/ Daniel J. Broderick<br>DANIEL J. BRODERICK<br>Attorney for Defendant<br>HARRISON JACK |
| Dated: February 13, 2008 | /s/ Mark J. Reichel<br>MARK J. REICHEL<br>Attorney for Defendant<br>LO CHA THAO |
| Dated: February 13, 2008 | /s/ William J. Portanova<br>WILLIAM J. PORTANOVA<br>Attorney for Defendant<br>LO THAO |
| Dated: February 13, 2008 | MORRISON & FOERSTER<br><br>/s/ James J. Brosnahan<br>JAMES J. BROSNAHAN<br>Attorneys for Defendant<br>YOUA TRUE VANG |
| Dated: February 13, 2008 | /s/ Krista Hart<br>KRISTA HART<br>Attorney for Defendant<br>HUE VANG |
| Dated: February 13, 2008 | /s/ Dina Lee Santos<br>DINA LEE SANTOS<br>Attorney for Defendant<br>CHONG YANG THAO |
| Dated: February 13, 2008 | /s/ Michael B. Bigelow<br>MICHAEL B. BIGELOW<br>Attorney for Defendant<br>SENG VUE |

///

////

Dated: February 13, 2008

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: February 13, 2008

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: February 13, 2008

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: February 13, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: February 13, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4