KEKER & VAN NEST, LLP
JOHN W. KEKER, Bar #49092
DAVID J. SILBERT, Bar #173128
GALIA A. PHILLIPS, Bar #250551
710 Sansome Street
San Francisco, CA 94111-1704
Telephone (415) 391-5400
jkeker@kvn.com
dsilbert@kvn.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-0266-FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., | |
| Defendants. | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the conditions of pretrial release for General Vang Pao be amended to permit the General to travel to and participate in the following activities:

(1) March 14-16, 2008, Fresno, CA for a Bacee community/religious ceremony on March 15, 2008;

(2) April 4-7, 2008, St. Paul, Minnesota, for a religious event on April 5, 2008;

(3) April 11-13, 2008, Fresno, CA, for a Bacee ceremony on April 12, 2008; and

(4) May 16-19, 2008, Wisconsin, for a Bacee ceremony on May 17, 2008.

U.S. Pretrial Services Officer Sandy Hall has no objection to this request.

Respectfully submitted,

Dated: March 10, 2008  KEKER & VAN NEST, LLP

By: /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS

Attorneys for Defendant
GENERAL VANG PAO

Dated: March 10, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
GENERAL VANG PAO

McGREGOR W. SCOTT
U.S. Attorney

Dated: March 10, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys
[signed with permission]

**ORDER**

**IT IS SO ORDERED.**

DATED: March 10, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pao0266.stipord

2