KEKER & VAN NEST, LLP
JOHN W. KEKER, Bar #49092
DAVID J. SILBERT, Bar #173128
GALIA A. PHILLIPS, Bar #250551
710 Sansome Street
San Francisco, CA 94111-1704
Telephone (415) 391-5400
jkeker@kvn.com
dsilbert@kvn.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-266-FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., | |
| Defendants. | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the special conditions of pretrial release for General Vang Pao in the Court's July 12, 2007 order be amended as follows:

(1) Special conditions numbers 6 and 7 be deleted.

(2) Special condition number 3 be amended to read: You are to reside at a location approved by the pretrial services officer. Except with the prior approval of pretrial services, your travel is restricted to the Central District of

California, and to the Eastern District of California for attorney visits and court appearances, and to the Northern District of California for attorney visits. You must provide the pretrial services officer with advance notice of travel for court appearances and attorney visits in the Eastern and Northern Districts of California.

U.S. Pretrial Services Officer Sandy Hall concurs with this request.

Respectfully submitted,

Dated: April 14, 2008        KEKER & VAN NEST, LLP

By: /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS

Attorneys for Defendant
GENERAL VANG PAO

Dated: April 14, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
GENERAL VANG PAO

McGREGOR W. SCOTT
U.S. Attorney

Dated: April 14, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys
[signed with permission]

**ORDER**

**IT IS SO ORDERED.**

DATED: April 15, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord(4)

2