JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-0266-FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| HARRISON JACK, et. al., ) | Date: December 8, 2008 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Hon. Dale A. Drozd |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court set the following schedule for motions in the magistrate court:

| | |
|---|---|
| Defense motions due: | September 15, 2008 |
| Government's responses due: | October 27, 2008 |
| Defense replies due: | November 19, 2008 |
| Motions hearing: | December 8, 2008, at 10:00 a.m. |

Time has previously been excluded under the Speedy Trial Act through December 8, 2008.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: September 3, 2008 | | KEKER & VAN NEST, LLP |
| | By: | /s/ John W. Keker |
| | | JOHN W. KEKER |
| | | DAVID J. SILBERT |
| | | Attorneys for Defendant |
| | | GENERAL VANG PAO |

Dated: September 3, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
GENERAL VANG PAO

Dated: September 3, 2008

/s/ Daniel Broderick
DANIEL BRODERICK
Federal Defender

Attorney for Defendant
HARRISON JACK

Dated: September 3, 2008

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: September 3, 2008

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: September 3, 2008      MORRISON & FOERSTER

/s/ James J. Brosnahan
JAMES J. BROSNAHAN
Attorneys for Defendant
YOUA TRUE VANG

Dated: September 3, 2008

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

/////

Dated: September 3, 2008

/s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: September 3, 2008

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

Dated: September 3, 2008

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: September 3, 2008

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: September 3, 2008

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: September 3, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

**ORDER**

**IT IS SO ORDERED.**

DATED: September 3, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord.discmotions

3