| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER, Bar #49092 |
| 2 | DAVID J. SILBERT, Bar #173128 |
| | GALIA A. PHILLIPS, Bar #250551 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone (415) 391-5400 |
| | jkeker@kvn.com |
| 5 | dsilbert@kvn.com |
| 6 | JOHN BALAZS, Bar #157287 |
| | Attorney At Law |
| 7 | 916 2nd Street, Suite F |
| | Sacramento, California 95814 |
| 8 | Telephone: (916) 447-9299 |
| | John@Balazslaw.com |
| 9 | |
| 10 | Attorneys for Defendant |
| | GENERAL VANG PAO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-266-FCD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., | ) | |
| Defendants. | ) | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the special conditions of pretrial release for General Vang Pao in the Court's July 12, 2007 order be amended as follows:

(1) Special condition number 14 be deleted.

///

///

The U.S. Pretrial Services Office concurs with this request.

Respectfully submitted,
KEKER & VAN NEST, LLP

Dated: October 2, 2008

By: /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS

Attorneys for Defendant
GENERAL VANG PAO

Dated: October 2, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
GENERAL VANG PAO

McGREGOR W. SCOTT
U.S. Attorney

Dated: October 2, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

**ORDER**

**IT IS SO ORDERED.**

Dated: October 2, 2008

HON. DALE A. DROZD
U.S. Magistrate Judge

2