JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266-FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| HARRISON JACK, et. al., ) | Date: February 23, 2009 |
| Defendants. ) | Time: 1:30 p.m. |
| ) | Hon. Frank C. Damrell, Jr. |

Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from December 3, 2008, to **February 23, 2009, at 1:30 p.m.**

The defendants in this case are charged are charged with conspiracy to violate the Neutrality Act (18 U.S.C. § 960), conspiracy to kill, kidnap, maim, and injure people in a foreign country (18 U.S.C. § 1956(a)), conspiracy to receive and possess missile systems designed to destroy aircraft (18 U.S.C. § 2332(g)), conspiracy to receive and possess firearms and destructive devices (18 U.S.C. § 922(o)), and conspiracy to export listed defense items without a State Department license (22 U.S.C. § 2278).

To date, defense counsel have received more than 40,000 pages of discovery, over

250 audio files of recorded meetings and phone calls, transcripts and translations of many of the recorded phone calls, and over 20 DVDs with video recordings. Some additional discovery was provided in the last week. All of the defendants are out of custody.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground through December 3, 2008. The defendants have filed discovery motions that are pending in the magistrate court with a hearing date of December 8, 2008. Time under the Speedy Trial Act is thus also currently being excluded for the pendency of motions. The parties believe it prudent to continue the status conference in this case until after the magistrate court has ruled on defendants' discovery motions and the defense have been given time to review any new materials provided by the government. Moreover, the defendants' counsel also request this continuance because of the need for additional time to prepare. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 3, 2008 through February 23, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: October 27, 2008                KEKER & VAN NEST, LLP

/s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS
Attorneys for Defendant
GENERAL VANG PAO

Dated: October 27, 2008

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

| | |
|---|---|
| Dated: October 27, 2008 | FEDERAL DEFENDER |
| | /s/ Daniel J. Broderick<br>DANIEL J. BRODERICK<br>Attorney for Defendant<br>HARRISON JACK |
| Dated: October 27, 2008 | /s/ Mark J. Reichel<br>MARK J. REICHEL<br>Attorney for Defendant<br>LO CHA THAO |
| Dated: October 27, 2008 | /s/ William J. Portanova<br>WILLIAM J. PORTANOVA<br>Attorney for Defendant<br>LO THAO |
| Dated: October 27, 2008 | MORRISON & FOERSTER<br><br>/s/ James J. Brosnahan<br>JAMES J. BROSNAHAN<br>Attorneys for Defendant<br>YOUA TRUE VANG |
| Dated: October 27, 2008 | /s/ Krista Hart<br>KRISTA HART<br>Attorney for Defendant<br>HUE VANG |
| Dated: October 27, 2008 | /s/ Dina Lee Santos<br>DINA LEE SANTOS<br>Attorney for Defendant<br>CHONG YANG THAO |
| Dated: October 27, 2008 | /s/ Michael B. Bigelow<br>MICHAEL B. BIGELOW<br>Attorney for Defendant<br>SENG VUE |

///

///

Dated: October 27, 2008

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: October 27, 2008

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: October 27, 2008

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: October 27, 2008

By: /s/ Robert M. Twiss
ROBERT M. TWISS
ELLEN ENDRIZZI
Assistant U.S. Attorneys

# ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: October 28, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4