KEKER & VAN NEST, LLP
JOHN W. KEKER, Bar #49092
DAVID J. SILBERT, Bar #173128
GALIA A. PHILLIPS, Bar #250551
710 Sansome Street
San Francisco, CA 94111-1704
Telephone (415) 391-5400
jkeker@kvn.com
dsilbert@kvn.com
gphillips@kvn.com

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-0266-FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON JACK, et. al., | |
| Defendants. | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his counsel, and the United States, through its counsel, hereby stipulate and request that the special conditions of pretrial release for General Vang Pao in the Court's July 12, 2007 order be amended as follows:

(1)  Special condition number 10 be deleted.

This amendment will permit the defendant to possess and have access to cell phones.

/////

1

The U.S. Pretrial Services Officer Gina Faubian has no objection to this request.

Respectfully submitted,
KEKER & VAN NEST, LLP

Dated: February 18, 2009

By: /s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS

Attorneys for Defendant
GENERAL VANG PAO

Dated: February 18, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
GENERAL VANG PAO


LAWRENCE G. BROWN
Acting U.S. Attorney

Dated: February 18, 2009

By: /s/ Robert Tice-Raskin
ROBERT TICE-RASKIN
ELLEN ENDRIZZI
JILL THOMAS
Assistant U.S. Attorneys

**ORDER**

**IT IS SO ORDERED.**

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord.conditions

2