IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRISON ULRICH JACK, GENERAL VANG PAO, LO CHA THAO, LO THAO, YOUA TRUE VANG, HUE VANG, CHONG YANG THAO, SENG VUE, CHUE LO, NHIA KAO VANG, and DANG VANG,<br><br>　　　　Defendants.<br>_____/ | No.　CR.S-07-0266 FCD<br><br>ORDER RE DEFENDANTS'<br>MOTION FOR DISCOVERY<br>OF PEN REGISTER AND<br>RELATED DATA |

On December 16, 2008, this matter came before the undersigned for hearing on defendants' motion for an order compelling the government to provide them with data from pen registers and other similar electronic investigation. (Doc. No. 332.) Assistant United States Attorneys Bob Twiss, Ellen Endrizzi, Jill Thomas and Robert Tice-Raskin appeared on behalf of the United States. Federal Defender Daniel Broderick and Assistant Federal Defender Ben Galloway appeared on behalf of defendant Harrison Jack; attorneys John Balazs and Galia

Phillips appeared on behalf of defendant General Vang Pao; attorney Mark Reichel appeared on behalf of defendant Lo Cha Thao; attorney William Portanova appeared on behalf of defendant Lo Thao; attorneys Jim Brosnahan, Raj Chatterjee and Nate Torres appeared on behalf of defendant Youa True Vang; attorney Krista Hart appeared on behalf of defendant Hue Vang; attorney Dina Santos appeared on behalf of defendant Chong Yang Thao; attorney Michael Bigelow appeared on behalf of defendant Seng Vue; attorney Shari Rusk appeared on behalf of defendant Chue Lo; attorney Dan Brace appeared on behalf of defendant Nhia Kao Vang; and attorney Hayes Gable appeared on behalf of defendant Dang Vang.

Attorney Michael Bigelow argued this motion on behalf of all defendants and Assistant United States Attorney Ellen Endrizzi argued for the government. The government did not oppose this discovery motion. At the hearing it was represented that this discovery was in the process of being produced, most of the data had already been received by the defense and the parties were satisfied that production would be completed within a reasonable time.

Accordingly, IT IS HEREBY ORDERED that the defendants' motion for an order compelling the government to provide the data from pen registers and other similar electronic investigation conducted in this case (Doc. No. 332) requiring preservation of investigative notes

/////

/////

/////

/////

1 | or records made in connection with this investigation (Doc. No. 327)
2 | is granted.
3 | DATED: February 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
jack0266.penregdata