KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DAVID J. SILBERT - #173128
GALIA A. PHILLIPS - #250551
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jkeker@kvn.com
dsilbert@kvn.com
gphillips@kvn.com

Attorneys for Defendant
GENERAL VANG PAO

**FILED**

MAR 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao; LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang,<br><br>Defendants. | Case No. 2:07-CR-0266 FCD<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 61 TO THE DECLARATION OF GALIA A. PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT<br><br>Date: ~~April 6, 2009~~ May 4, 2009<br>Time: ~~1:30 pm~~ 11:30 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

1    UPON CONSIDERATION OF the request to file exhibit 61 to the Declaration of Galia
2    A. Phillips in Support of Defendants' Motion to Dismiss for Outrageous Government Conduct;
3    and
4         GOOD CAUSE BEING SHOWN,
5         IT IS HEREBY ORDERED that Exhibit 61 to the Declaration of Galia A. Phillips in
6    Support of Defendants' Motion to Dismiss for Outrageous Government Conduct be filed under
7    seal.

10   Date: March /2, 2009

                                          _____
                                          Hon. Frank C. Damrell, Jr.
                                          United States District Judge