JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GENERAL VANG PAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S.07-266-FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| HARRISON JACK, et. al., | Date: May 11, 2009 |
| Defendants. | Time: 11:30 a.m. |
| | Hon. Frank C. Damrell, Jr. |

    Defendants Harrison Jack, General Vang Pao, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, and David Vang, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the motion hearing in the above-captioned case from May 4, 2009 to May 11, 2009, at 11:30 a.m. in courtroom 2. All other briefing dates in the Court's March 13, 2009 amended minute order are to remain the same.

    For the same reasons set forth in the Court's March 13, 2009 amended minute order, time under the Speedy Trial Act is excluded until May 11, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4) and 18 U.S.C. § 3161(h)(1)(F) (local code E).

Respectfully submitted,

Dated: March 17, 2009          KEKER & VAN NEST, LLP

/s/ John W. Keker
JOHN W. KEKER
DAVID J. SILBERT
GALIA A. PHILLIPS
Attorneys for Defendant
GENERAL VANG PAO

Dated: March 17, 2009

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
GENERAL VANG PAO

Dated: March 17, 2009          FEDERAL DEFENDER

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Attorney for Defendant
HARRISON JACK

Dated: March 17, 2009

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: March 17, 2009

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: March 17, 2009          MORRISON & FOERSTER

/s/ James J. Brosnahan
JAMES J. BROSNAHAN
Attorneys for Defendant
YOUA TRUE VANG

Dated: March 17, 2009

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

2

Dated: March 17, 2009

/s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: March 17, 2009

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

Dated: March 17, 2009

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: March 17, 2009

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
NHIA KAO VANG

Dated: March 17, 2009

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

McGREGOR W. SCOTT
U.S. Attorney

Dated: March 17, 2009

By: /s/ Robert Tice-Raskin
ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL THOMAS
Assistant U.S. Attorneys

**IT IS SO ORDERED.**

Dated: March 18, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3