LAWRENCE G. BROWN
Acting United States Attorney
ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL THOMAS
Assistant U.S. Attorneys

ROBERT WALLACE
HEATHER SCHMIDT
Trial Attorneys
National Security Division

501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRISON ULRICH JACK, et al.,<br><br>    Defendants. | No. 2:07-cr-266 FCD<br><br>ORDER GRANTING THE UNITED STATES' ADMINISTRATIVE MOTION TO FILE GOVERNMENT EXHIBIT LL UNDER SEAL<br><br>DATE:  May 11, 2009<br>TIME:  11:30 p.m.<br>COURT: Hon. Frank C. Damrell, Jr. |

Upon consideration of the United States' Administrative Motion to File Government Exhibit LL under seal, and

GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED, that the Clerk of the Court file Government Exhibit LL UNDER SEAL until further order of this Court.

Dated: April 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1