1  LAWRENCE G. BROWN
   United States Attorney
2  ROBERT TICE-RASKIN
   ELLEN V. ENDRIZZI
3  JILL THOMAS
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700

6  ROBERT WALLACE
   HEATHER SCHMIDT
7  Trial Attorneys
   National Security Division
8  U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HARRISON ULRICH JACK, et al.,<br><br>        Defendants. | NO. 2:07-cr-0266 FCD<br><br>**STIPULATION AND ORDER CONCERNING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR DISCOVERY OF GRAND JURY TRANSCRIPTS**<br><br>Date: October 5, 2009<br>Time: 11:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED among the parties and their undersigned counsel that the briefing schedule regarding Defendants' Motion for Discovery of Grand Jury Transcripts is as follows: the United States' opposition to the motion shall be filed on or before September 8, 2009, and the defendants' reply, if any, shall be filed on or before September 18, 2009. The hearing scheduled for October 5, 2009, at 11:00 a.m. remains in effect.

1

1 | The parties also agree that this briefing schedule does not
2 | prejudice the defendants.
3 | Dated: August __, 2009          LAWRENCE G. BROWN
                                     United States Attorney
4 |
                                 By: /s/ Ellen V. Endrizzi
5 |
                                     ROBERT TICE-RASKIN
6 |                                  ELLEN V. ENDRIZZI
                                     JILL THOMAS
7 |                                  Assistant U.S. Attorneys

8 |                                  ROBERT WALLACE
                                     HEATHER SCHMIDT
9 |                                  Trial Attorneys

10 | Dated: August ___, 2009         KEKER & VAN NEST

11 |                              By: /s/ Ellen Endrizzi
                                     for GALIA PHILLIPS
12 |                                 by electronic authority

13 |                                 For all defendants:

14 |                                 Harrison Jack   Chong Yang Thao
                                     Vang Pao       Seng Vue
15 |                                 Lo Cha Thao    Chue Lo
                                     Lo Thao        Nhia Kao Vang, and
16 |                                 Youa True Vang Dang Vang
                                     Hue Vang
17 |

18 |                                **O R D E R**

19 |    As the parties have agreed, and as there no prejudice to the
20 | defendants, the briefing schedule regarding Defendants' Motion for
21 | Discovery of Grand Jury Transcripts will be as follows: the United
22 | States' opposition to the motion shall be filed on or before
23 | September 8, 2009, and the defendants' reply, if any, shall be filed
24 | on or before September 18, 2009. The hearing scheduled for October
25 | 5, 2009, at 11:00 a.m. remains in effect.
26 |    IT IS SO ORDERED.
27 | Dated: August 25, 2009
28 |
                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE