```
LAWRENCE G. BROWN
United States Attorney
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL M. THOMAS
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of California

ROBERT WALLACE
HEATHER SCHMIDT
Trial Attorneys
National Security Division
U.S. Department of Justice

501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-07-266 FCD |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS **DEFENDANT VANG PAO** FROM THE INDICTMENT; **ORDER** |
| v. | |
| HARRISON ULRICH JACK, et al., | |
| Defendants. | |

**M O T I O N**

Plaintiff, the United States of America, by and through its undersigned attorneys, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the counts in the indictment filed June 14, 2007 as against defendant Vang PAO, solely, in the interests of justice. Based on the totality of the evidence in the case and the circumstances regarding defendant Vang PAO, the government believes, as a discretionary matter, that continued

1

prosecution of defendant VANG PAO is no longer warranted.

Dated: September 18, 2009.

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Tice-Raskin
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL M. THOMAS
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of California

ROBERT WALLACE
HEATHER M. SCHMIDT
Trial Attorneys
National Security Division
U.S. Department of Justice

**O R D E R**

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), all charges against defendant Vang PAO in the indictment filed June 14, 2007 are dismissed as against defendant Vang PAO solely. This order shall have no effect on the charges alleged against all remaining defendants in said indictment.

IT IS SO ORDERED.

Dated: September 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE