JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
General Vang Pao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 07-266-FCD-DAD |
| Plaintiff, | APPLICATION FOR AN ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| GENERAL VANG PAO, et. al., | |
| Defendants. | Hon. Dale A. Drozd |

Defendant General Vang Pao, through his attorneys, hereby requests that the Court order the $1.5 million property bond securing his release be exonerated and that his passport be released to his attorney John Balazs because all charges have been dismissed.

On July 13, 2007, U.S. Magistrate Judge Drozd ordered defendant General Vang Pao released on a $1.5 million property bond to be secured by the following four properties:

1) 18219 Randall Avenue, San Bernardino, California;
2) 3586 N. State Street, Fresno, California;
3) 14551 Golders Green Lane, Westminister, California; and
4) 674 Mockingbird Court, Merced, California.

///
///
///

On September 18, 2009, U.S. District Judge Frank C. Damrell, Jr. granted the government's motion to dismiss all charges against General Vang Pao.  Thus, General Vang Pao applies for an order that the bond be exonerated and the deeds securing the bond be reconveyed to their owners.

Dated:  September 22, 2009

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
GENERAL VANG PAO

## ORDER

IT IS HEREBY ORDERED that the property bond securing defendant General Vang Pao's release in the above-captioned case be exonerated and that title to the four properties set forth in the attached application for exoneration be reconveyed back to the properties' owners.

DATED: September 22, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pao0266.ord