1  LAWRENCE G. BROWN
   United States Attorney
2  S. ROBERT TICE-RASKIN
   ELLEN V. ENDRIZZI
3  JILL THOMAS
   Assistant U.S. Attorneys
4
   ROBERT WALLACE
5  HEATHER SCHMIDT
   Trial Attorneys
6  National Security Division

7  501 I Street, Suite 10-100
   Sacramento, California  95814
8  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-266 FCD |
| Plaintiff, | STIPULATED PROTECTIVE ORDER BETWEEN UNITED STATES AND |
| v. | DEFENDANTS CONCERNING GRAND JURY TRANSCRIPTS |
| HARRISON ULRICH JACK, et al., | |
| Defendants. | |

Defendants and Plaintiff, United States of America, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.  This Order pertains to all grand jury transcripts provided to or made available to Defendants as part of discovery

in this case (hereafter, collectively known as "the grand jury transcripts").

3.  Defendants shall not disclose any of the grand jury transcripts or any of the information contained therein to any person other than their respective defendant/client, attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her client

4.  The grand jury transcripts and information therein may only be used in connection with the litigation of this case, including post-trial proceedings, and for no other purpose. The grand jury transcripts are now and will forever remain the property of the United States Government. Defendants will return the grand jury transcripts to the Government at the conclusion of the case.

5.  Defendants will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.  If Defendants make, or cause to be made, any further copies of any of the transcripts, Defendants will inscribe the following notation on each page of each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

7.  If Defendants release custody of any of the grand jury transcripts, or authorized copies thereof, to any person described in paragraph 3, Defendants shall provide such recipient with a copy of this Order and advise that person that: the transcripts are the property of the Unites States Government; the transcripts and information therein cannot be distributed to any other person; the transcripts and information therein may only be used in

connection with the litigation of this case and for no other purpose; and, an unauthorized use of the grand jury transcripts may constitute a violation of law and/or contempt of court.

8. Defendants shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

9. If Defendants wish to make a court filing that references specific testimony from the grand jury transcripts or that includes any portion of the grand jury transcript, they must either file the relevant materials under seal or seek specific leave of the Court to file those materials in the public record and not under seal.

IT IS SO STIPULATED.

Dated: September 30, 2009

        Respectfully submitted,

        LAWRENCE G. BROWN
        United States Attorney

By: /s/ Ellen V. Endrizzi

        S. ROBERT TICE-RASKIN
        ELLEN V. ENDRIZZI
        JILL THOMAS
        Assistant U.S. Attorneys

        ROBERT WALLACE
        HEATHER SCHMIDT
        Trial Attorneys
        National Security Division

Dated: September 30, 2009    FEDERAL DEFENDER

        /s/ Daniel J. Broderick

        DANIEL J. BRODERICK
        Attorney for Defendant
        HARRISON JACK

```
 1  Dated: September 30, 2009          /s/ Mark J. Reichel

 2                                     MARK J. REICHEL
                                       Attorney for Defendant
 3                                     LO CHA THAO

 4  Dated: September 30, 2009          /s/ William J. Portanova

 5                                     WILLIAM J. PORTANOVA
                                       Attorney for Defendant
 6                                     LO THAO

 7  Dated: September 30, 2009          MORRISON & FOERSTER

 8                                     /s/ James J. Brosnahan

 9                                     JAMES J. BROSNAHAN
                                       Attorneys for Defendant
10                                     YOUA TRUE VANG

11  Dated: September 30, 2009          /s/ Krista Hart

12                                     KRISTA HART
                                       Attorney for Defendant
13                                     HUE VANG

14  Dated: September 30, 2009          /s/ Dina Lee Santos

15                                     DINA LEE SANTOS
                                       Attorney for Defendant
16                                     CHONG YANG THAO

17  Dated: September 30, 2009          /s/ Michael B. Bigelow

18                                     MICHAEL B. BIGELOW
                                       Attorney for Defendant
19                                     SENG VUE

20  Dated: September 30, 2009          /s/ Shari Rusk

21                                     SHARI RUSK
                                       Attorney for Defendant
22                                     CHUE LO

23  Dated: September 30, 2009          /s/ Danny D. Brace, Jr.

24                                     DANNY D. BRACE, JR.
                                       Attorney for Defendant
25                                     NHIA KAO VANG

26  Dated: September 30, 2009          /s/ Hayes H. Gable III

27                                     HAYES H. GABLE III
                                       Attorney for Defendant
28                                     DANG VANG
```

| | | |
|---|---|---|
| Dated: September 30, 2009 | | /s/ Bruce Locke |
| | | BRUCE LOCKE
Attorney for Defendant
JERRY YANG |
| Dated: September 30, 2009 | | /s/ Peter Kmeto |
| | | PETER KMETO
Attorney for Defendant
THOMAS YANG |

**O R D E R**

In case number 2:07-cr-266 FCD, having reviewed the stipulation and agreement set forth above,

IT IS SO ORDERED.

Dated: September 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE