IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRISON ULRICH JACK, et al.<br><br>    Defendants.<br>_____/ | No. CR.S-07-0266 FCD<br><br>ORDER RE DEFENDANTS'<br>MOTION FOR RELEASE OF<br>TRANSCRIPTS AND TAPES |

    On July 6, 2010, this matter came before the undersigned for hearing on defendants' motion for an order compelling the government to release transcripts and tapes in a different format. (Doc. No. 536.) Assistant United States Attorneys Ellen Endrizzi, Jill Thomas and Robert Tice-Raskin appeared on behalf of the United States. Federal Defender Daniel Broderick and Assistant Federal Defender Ben Galloway appeared on behalf of defendant Harrison Jack and argued the motion on behalf of all defendants.[1]

---

[1] Appearances were made on behalf of each of the named defendants.

1

1    As set forth on the record at the hearing and for the
reasons expressed at that time, defendants' motion (Doc. No. 536) is
granted in part and denied in part.[2]  To the extent that transcripts
produced in discovery are prepared by reporting services capable of
producing those transcripts in AMICUS format, the government will
approve those vendors making the transcripts available to the defense
in that format, at defense expense. The parties are instructed to meet
and confer regarding a stipulated protective governing the public
dissemination of such transcripts.  With respect to the defense motion
seeking audio recordings produced in discovery in an uncompressed
format, the motion is denied without prejudice.  The parties are
directed to meet and confer with the participation of their audio
experts in an attempt to ensure that the audio recordings made
available to both the prosecution and the defense are, as a practical
matter, in a format that is both accessible and of high quality
without unnecessary conversion.

         IT IS SO ORDERED.

DATED: July 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:
jack0266.transcripts

---

[2] The case was also scheduled for arraignment of the defendants on the second superceding indictment on October 15, 2010 at 9:15 a.m. in Courtroom 27.