```
1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   JILL M. THOMAS
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARRISON JACK, et al., ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:07-CR-266 FCD <br><br> **ORDER** |

**ORDER**

Good cause having been shown, the Government is granted leave to file the June 24, 2010 and revised September 17, 2009 grand jury transcripts <u>under</u> <u>seal</u>.

It is so ORDERED.

DATED: July 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1