BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JERRY YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-07-266 FCD |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANTS' APPLICATION TO |
| | ) FILE UNREDACTED COPY OF |
| v. | ) DEFENDANTS' POST-HEARING |
| | ) MEMO IN SUPPORT OF MOTION |
| JERRY YANG, et al., | ) TO DISMISS COUNT THREE FOR |
| | ) PROSECUTORIAL MISCONDUCT |
| Defendant. | ) BEFORE THE GRAND JURY |
| _____ | ) UNDER SEAL; **ORDER** |

APPLICATION

The defense submits this request to file the unredacted copy of Defendants' Post-Hearing Memo in Support of Motion to Dismiss Count Three for Prosecutorial Misconduct Before the Grand Jury under seal.

The defense attorneys have signed a protective order that precludes them from disclosing matters that occurred before the grand jury. Therefore, the defense seeks leave to file the Post-Hearing Memo in Support of Motion to Dismiss Count Three for Prosecutorial Misconduct Before the Grand Jury under seal. A proposed order is submitted herewith.

Dated: October 22, 2010          Respectfully submitted,

                                                /s/ Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Jerry Yang

1

| | | | |
|---|---|---|---|
| Dated: October 22, 2010 | By: | /s/ Daniel J. Broderick | |

DANIEL J. BRODERICK
Federal Defender
JEFFREY L. STANIELS
BENJAMIN D. GALLOWAY
Assistant Federal Defenders
Attorneys for Defendant
HARRISON JACK

Dated: October 22, 2010     By:     /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: October 22, 2010     By:     /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: October 22, 2010     By:     /s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

Dated: October 22, 2010     By:     /s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: October 22, 2010     By:     /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated: October 22, 2010     By:     /s/ Danny D. Brace
DANNY D. BRACE
Attorney for Defendant
NHIA KAO VANG

## ORDER

Good cause having been shown, the defense is granted leave to file the unredacted Defendants' Post-Hearing Memo in Support of Motion to Dismiss Count Three for Prosecutorial Misconduct Before the Grand Jury <u>under seal.</u>

IT IS SO ORDERED.

Dated: October 27, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE