IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA | CASE: **2:07−CR−00266−KJM** |
| vs. | |
| **HARRISON ULRICH JACK , ET AL.** | ORDER OF REASSIGNMENT |

The court, having received the notice of full retirement of **Frank C. Damrell, Jr.** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Frank C. Damrell, Jr.** to **Judge Kimberly J. Mueller** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:   **2:07−CR−00266−KJM**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED:  March 29, 2013

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE